THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
        jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and METLIFE INSURANCE COMPANY
(successor in interest by merger to
NEW ENGLAND MUTUAL
LIFE INSURANCE COMPANY)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA L. BLAKE | Case No.: C07-4366 EMC |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS** |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 20 inclusive, | |
| Defendants. | |

I, ZHANNA KOPYLOV, declare:

I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On August 24, 2007, I served a copy of the **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**, on the interested parties in this action, along with the following documents:

1. U.S. District Court Northern California ECF Registration Information Handout;
2. Welcome to the U.S. District Court, San Francisco handout;
3. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
4. Consent to Proceed Before a United States Magistrate Judge;
5. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
6. Order Setting Initial Case Management Conference and ADR Deadlines;
7. Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen;
8. Standing Order for All Judges of the Northern District of California;
9. Public Notice; and
10. Certificate of Interested Parties

by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, and addressed to:

| | |
|---|---|
| Ray Bourhis, Esq.<br>Lawrence Mann, Esq.<br>Bourhis & Mann<br>1050 Battery Street<br>San Francisco, CA 94111 | Attorneys for Plaintiff<br>CLAUDIA BLAKE |
| Ann M. Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Attorneys for Defendant COMMISSIONER OF CALIFORNIA DEPARTMENT OF INSURANCE |

-1-

1
2   At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount
3   of postage and is deposited that same day, in the ordinary course of business, in a United States
4   mailbox in the City of San Francisco, California.
5
6   I declare under penalty of perjury and the laws of the State of California that the
7   foregoing is true and correct and that this declaration was executed on August 24, 2007, at San
    Francisco, California.
8
9                                                     _____
10                                                    ZHANNA KOPYLOV
11
12  E:\27198\P05.doc
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING COURT DOCUMENTS
CASE NO. C07-4366 EMC