THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and METLIFE INSURANCE COMPANY
(successor in interest by merger to
NEW ENGLAND MUTUAL
LIFE INSURANCE COMPANY)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA L. BLAKE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUMPROVIDENT CORPORATION;<br>UNUM CORPORATION, NEW ENGLAND<br>MUTUAL LIFE INSURANCE COMPANY,<br>COMMISSIONER OF THE CALIFORNIA<br>DEPARTMENT OF INSURANCE, and DOES<br>1 through 20 inclusive,<br><br>　　　　Defendants. | Case No.: C07-4366 EMC<br><br>**DECLARATION OF MICHELLE L. BACKUS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |

1     I, Michelle L. Backus, declare as follows:

2     1.    I am over the age of 21 years, and I am employed as a Lead Disability Benefits Specialist for Unum Group, formerly known as UnumProvident Corporation. I have been employed for the company since January 8, 1999. I have personal knowledge of the matters set forth herein and could competently testify to the same if called upon to do so.

3     2.    I submit this declaration in support of Defendants' opposition to Plaintiff's motion to remand.

4     3    By virtue of my employment, I have knowledge of the policies issued to Plaintiff and her claim for benefits. New England Mutual Life Insurance Company, (now known as Metlife Insurance Company) issued Policy No. D118455 to Plaintiff on or about October 1, 1987. At the time of issue, Plaintiff was age 37. This policy provided a maximum monthly benefit of $2,000 to age 65. (Complaint, Ex A)

5     4.    New England Mutual issued Policy No. D118456 to Plaintiff on or about October 1, 1987. At the time of issue, Plaintiff was age 37. This policy provided a maximum monthly benefit of $3,000 for 12 months, or $36,000. (Complaint, Ex A)

6     5.    Plaintiff submitted a claim for disability benefits under Policy No. 118455 and received benefits for the period May 21, 2004 through March 1, 2005 in the amount of $18,733.33. No further payments have been made.

7     6    Plaintiff submitted a claim for disability payments under Policy No. 118456 and received benefits for the period May 21, 2004 through December 1, 2004 in the amount of $19,000. No further payments have been made.

8     7.    Plaintiff further claims that she is entitled to future benefits under Policy No. 118455. Plaintiff was born in 1950 (Complaint, Ex A) hence, her claim for future benefits would extend to 2015. From the date of the execution of this declaration that is approximately 8 years. If Plaintiff were paid benefits to 2015 that amount would be approximately $192,000.00.

1     I declare under penalty of perjury under the laws of the State of California, State of
2 Massachusetts and of the United States that the foregoing is true and correct. Executed this 26th
3 day of October, 2007, at ___Worcester, MA___.

                                                            ___Michelle L. Backus___

E:\27198\P08doc\

-2-

____ DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO REMAND

CASE NO. C07-4366 EMC