THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and METLIFE INSURANCE COMPANY
(successor in interest by merger to
NEW ENGLAND MUTUAL
LIFE INSURANCE COMPANY)

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA L. BLAKE | Case No.: C07-4366 EMC |
| Plaintiff, | |
| vs. | **DECLARATION OF SUSAN ROTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 20 inclusive, | |
| Defendants. | |

1   I, Susan Roth, declare as follows:

2   1.  I am over the age of 21 years, and I am the Vice President, Transactions, SEC and Corporate Secretary for Unum Group, formerly known as UnumProvident Corporation. I have held the position of Corporate Secretary at all times relevant hereto. I have personal knowledge of the matters set forth herein and could competently testify to the same if called upon to do so.

6   2.  I submit this declaration in support of Defendants' opposition to Plaintiff's motion to remand.

8   3   By virtue of my employment, I have knowledge of the corporate structure of the entities comprising the Unum Group.

10  4.  Unum Group is a general business corporation organized under the laws of the State of Delaware, with its principal place of business located in Chattanooga, Tennessee. Unum Group was formerly known as UnumProvident Corporation

13  5.  Unum Group is not an insurance company, it is a non-insurance holding company for all of its subsidiary companies. Only certain of its subsidiaries are licensed and authorized to conduct the business of insurance.

16  6.  There is no longer a legal entity known as Unum Corporation.

17  I declare under penalty of perjury under the laws of the State of California, State of Tennessee, and of the United States that the foregoing is true and correct. Executed this 29th day of October, 2007, at Chattanooga, Tennessee.

_____
Susan Roth

E:\27198\P07doc\

-1-

ROTH DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO REMAND

CASE NO. C07-4366 EMC