THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and METLIFE INSURANCE COMPANY
(successor in interest by merger to
NEW ENGLAND MUTUAL
LIFE INSURANCE COMPANY)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA L. BLAKE<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION;<br>UNUM CORPORATION, NEW ENGLAND<br>MUTUAL LIFE INSURANCE COMPANY,<br>COMMISSIONER OF THE CALIFORNIA<br>DEPARTMENT OF INSURANCE, and DOES<br>1 through 20 inclusive,<br><br>Defendants. | Case No.: C07-4366 EMC<br><br>**REQUEST FOR JUDICIAL NOTICE<br>AND DECLARATION OF JOHN C.<br>FERRY IN SUPPORT OF<br>DEFENDANTS' OPPOSITION TO<br>MOTION TO REMAND** |

**REQUEST FOR JUDICIAL NOTICE**

Defendants Unum Group (formerly known as Unumprovident Corporation), Unum Corporation (a now non-existent entity, properly referred to as Unum Group) and Metlife Insurance Company (successor in interest by merger to New England Mutual Life Insurance Company by and through their attorneys of record, hereby request the Court to take judicial notice pursuant to Federal Rules of Evidence, Rule 201 of the following facts:

1. Order of the Superior Court of the County of San Francisco in *Majhouri v. Provident Life and Accident Ins. Co., Unumprovident Corporation, the California Department of Insurance*, Case No. CGC-07-461992, dated September 28, 2007. (Ferry Dec., ¶ 5, Ex A)

2. Order of the Superior Court of the County of San Francisco in *Squiers v. Unumprovident Corporation, The Unum Life Insurance Company of America, Unumprovident, the Commissioner of the California Department of Insurance*, Case No. CGC-07-462326, dated September 28, 2007. (Ferry Dec., ¶ 6, Ex B)

3. Legal Notice, California Business Portal, Corporate Communications and Company List for Metropolitan Life Insurance Company. (Ferry Dec., ¶ 12, Ex C)

**DECLARATION OF JOHN C. FERRY**

I, JOHN C. FERRY, declare as follows:

1. I am an attorney at law, over the age of 21 years, and am Of Counsel to Kelly, Herlihy & Klein, counsel for defendants Unum Group (formerly known as Unumprovident Corporation), Unum Corporation (a now non-existent entity, properly referred to as Unum Group) and Metlife Insurance Company (successor in interest by merger to New England Mutual Life Insurance Company). I am licensed to practice in all courts in the State of California and have personal knowledge of the facts stated herein, and am competent to testify to the same. The matters set forth herein are true and correct to the best of my knowledge and belief.

-1-

1     2.     I submit this declaration in support of Defendants' opposition to plaintiff's motion

2     to remand.

3     3.     Kelly, Herlilhy & Klein also represents Unum Group in two matters presently

4     pending before the Superior Court of the City and County of San Francisco. Both matters were

5     filed by Ms Blake's counsel, Bourhis & Mann, and both contain causes of action against the

6     California Department of Insurance ("DOI") and/or the Insurance Commissioner of the State of

7     California ("Commissioner"). Both contain allegations against the DOI/Commissioner that are

8     similar to those presented herein and the DOI/Commissioner raised arguments similar to those

9     presented by Defendants herein.

10    4.     The DOI and the Commissioner demurred in both actions and the court sustained

11    both demurrers with leave to amend.

12    5.     Attached hereto as Exhibit A is a true and correct copy of the court's Order in

13    *Majhouri v. Provident Life and Accident Ins. Co., Unumprovident Corporation, the California*

14    *Department of Insurance*, Case No. CGC-07-461992, dated September 28, 2007.

15    6.     Attached hereto as Exhibit B is a true and correct copy of the court's Order in

16    *Squiers v. Unumprovident Corporation, The Unum Life Insurance Company of America,*

17    *Unumprovident, the Commissioner of the California Department of Insurance*, Case No. CGC-

18    07-462326, dated September 28, 2007.

19    7.     In both demurrer orders Judge Patrick J. Mahoney instructed plaintiff on what

20    should be included in the amended complaints: "The amendment must spell out the mandatory

21    duties the Commissioner allegedly has failed to perform and must allege facts that establish a

22    cause of action under Insurance Code sections 790.03 and 10291.5."

23    8.     Bourhis and Mann have filed amended complaints in both Mahjouri and Squiers

24    and the DOI has filed a second demurrer in each action. The hearing on both matters is set for

25    November 27, 2007.

26    9.     Kelly, Herlilhy & Klein also represents Unum Group in another matter filed by

27    Bourhis & Mann that is presently pending before Judge Hamilton of this Court on a motion to

28    remand: *Hughes v. Unumprovident Corporation, Unum Corporation, New York Life Insurance*

-2-

1    *Company, The Commissioner of the California Department of Insurance*, Case No. C07-4088

2    PJH.  Plaintiff's counsel has filed his opening brief; defendants' opposition brief is due

3    November 7, Plaintiff's reply brief is due on November 14, and the matter is set for hearing on

4    November 28, 2007.

5            10.     I am informed and believe that Bourhis & Mann have filed another remand

6    motion in a matter pending before Chief Judge Walker:  *Sukin v. State Farm Mutual Automobile*

7    *Insurance Company, State Farm Insurance and The Commissioner of the California Department*

8    *of Insurance*, Case No. C 072829.  I am further informed and believe that *Sukin* has been briefed,

9    argued and submitted to the Court.

10           11.     The above enumerated cases -- *Majhouri, Squiers, Hughes and Sukin* -- all

11   present the same issues on remand as are presented herein: whether causes of action for

12   mandamus and declaratory relief regarding policy approvals, the California Settlement

13   Agreement and the reassessment program present cognizable claims against the California

14   Department of Insurance and the California Commissioner of Insurance.

15           12.     Attached hereto as Exhibit C is a true and correct copy of the Legal Notice,

16   California Business Portal, Corporate Communications, and Company List for Metropolitan Life

17   Insurance Company which I downloaded from that company's official website.  This information

18   confirms that Metropolitan Life Insurance Company is incorporated in the State of New York

19   and has its principal place of business in New York City, New York.  The List of Companies

20   identifies New England Mutual Life Insurance Company as a member company of Metropolitan

21   Life Insurance Company.

22           I declare under penalty of perjury under the laws of the State of California and of the

23   United States that the foregoing is true and correct.  Executed this 29th day of October, 2007, at

24   San Francisco, California.

25

26                                                              John C.  Ferry

27

28   E:\27198\P10doc

# EXHIBIT "A"

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  RANDALL P. BORCHERDING
     Supervising Deputy Attorney General
3  ANNE MICHELLE BURR
     Deputy Attorney General
4  State Bar No. 158302
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA 94102
   Telephone: (415) 703-1403
6  Fax: (415) 703-5480

7  Attorneys for Defendant
   Commissioner of the California Department of Insurance

8
              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9
                **FOR THE COUNTY OF SAN FRANCISCO**
10

11  FARHAD S. MAHJOURI, M.D., M.P.H.,            Case No. CGC-07-461992
    F.I.C.S.,
12                                               **[PROPOSED] ORDER SUSTAINING**
                                Plaintiff,       **WITHOUT LEAVE TO AMEND THE**
13                                               **DEMURRER OF DEFENDANT**
                                                 **CALIFORNIA DEPARTMENT OF**
14  PROVIDENT LIFE AND ACCIDENT                  **INSURANCE TO THE COMPLAINT OF**
    INSURANCE COMPANY,                           **PLAINTIFF FARHAD S. MAHJOURI,**
15  UNUMPROVIDENT CORPORATION, THE               **M.D.**
    CALIFORNIA DEPARTMENT OF
16  INSURANCE; and DOES 1 through 50,            Date: September 28, 2007
    inclusive,                                   Time: 9:30 a.m.
17                                               Dept.: 302
                                Defendants.      Action Filed: April 4, 2007
18                                               Trial Date:    None Yet

19  _____

20       The above-captioned case came on regularly for hearing on September 28, 2007 before

21  the Honorable Patrick J. Mahoney, on the demurrer of the California Department of Insurance  to

22  the Fifth and Sixth Causes of Action of the Complaint of plaintiff Farhad S. Mahjouri.

23       The Department of Insurance appeared through its attorneys Edmund G. Brown Jr.,

24  Attorney General of the State of California, by Anne Michelle Burr, Deputy Attorney General.

25  Plaintiff appeared through his attorneys Bourhis & Mann.

26       The Court considered the moving, opposition and reply papers, as well as the arguments

27  of counsel at the hearing. For good cause shown,

28

                                         1.

1    **IT IS HEREBY ORDERED** that:

2    Defendant Department of Insurance's demurrer is sustained without leave to amend for

3    the reasons contained within Defendant's Memorandum of Points and Authorities in Support of

4    Demurrer. The Fifth Cause of Action is not viable because plaintiff has failed to set forth any

5    facts showing how the Department of Insurance (or the Insurance Commissioner) violated the

6    law.  Moreover, even if factual allegations could be made, plaintiff cannot obtain the relief he

7    seeks.  Defendant has the discretion to determine if and how the Insurance Code will be enforced

8    against insurers. Plaintiff cannot force the Insurance Commissioner to exercise his discretion in a

9    particular manner, nor compel the Insurance Commissioner to investigate and take action against

10   the insurers. (*Common Cause v. Board of Supervisors* (1989) 49 Cal.3d 432, 442; *State of*

11   *California v. Superior Court* (1974) 12 Cal.3d 237,  247-248.)  Finally, the Sixth Cause of

12   Action is not a viable cause of action because declaratory relief is not a proper vehicle to seek

13   review of an administrative agency's actions. (*State of California v. Superior Court, supra,* 12

14   Cal.3d at 247-249.)

15   Defendant Department of Insurance  is hereby dismissed from this action, with prejudice.

16

17   Dated: _____    _____

18                                                    Judge of the Superior Court

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "B"

1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   RANDALL P. BORCHERDING
      Supervising Deputy Attorney General
3   ANNE MICHELLE BURR
      Deputy Attorney General
4   State Bar No. 158302
  455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102
  Telephone: (415) 703-1403
6   Fax: (415) 703-5480

7   Attorneys for Defendant
  Commissioner of the California Department of Insurance

8

ENDORSED
F I L E D
San Francisco County Superior Court

SEP 2 8 2007

GORDON PARK-LI, Clerk
BY: _____
          Deputy Clerk

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| ELIZABETH SQUIERS, M.D., | Case No. CGC-07-462326 |
|              Plaintiff, | [PROPOSED] ORDER SUSTAINING WITH LEAVE TO AMEND THE DEMURRER OF DEFENDANT |
| UNUMPROVIDENT CORPORATION, THE UNUM LIFE INSURANCE COMPANY OF AMERICA, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1 through 20, inclusive, | COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE TO THE COMPLAINT OF PLAINTIFF ELIZABETH SQUIERS, M.D. |
|              Defendants. | Date: September 28, 2007<br>Time: 9:30 a.m.<br>Dept.: 302<br>Action Filed: April 4, 2007<br>Trial Date: None Yet |

The above-captioned case came on regularly for hearing on September 28, 2007 before

the Honorable Patrick J. Mahoney, on the demurrer of the Commissioner of the California

Department of Insurance to the Fifth and Sixth Causes of Action of the Complaint of plaintiff

Elizabeth Squiers, M.D.

The Commissioner appeared through his attorneys Edmund G. Brown Jr., Attorney

General of the State of California, by Anne Michelle Burr, Deputy Attorney General. Plaintiff

appeared through her attorneys Bourhis & Mann.

The Court considered the moving, opposition and reply papers, as well as the arguments

of counsel at the hearing. For good cause shown,

1.

1    **IT IS HEREBY ORDERED** that:

2        Defendant Commissioner of the California Department of Insurance's demurrer is

3 sustained with leave to amend in 10 days. The petition for the writ must be verified. The

4 amendment must spell out the mandatory duties the Commissioner allegedly has failed to

5 perform and must allege facts that establish a cause of action under Insurance Code sections

6 790.03 and 10291.5.

7

8 Dated:      SEP 2 8 2007         PATRICK J. MAHONEY

9                               Judge of the Superior Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY FACSIMILE AND MAIL

Case Name:   **Elizabeth Squiers, MD v. UNUMProvident Corporation, et al.**

No.:   **CGC-07-462326**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (415) 703-5480.

On September 28, 2007 at __*11:05 Am*__., I served the **ORDER SUSTAINING WITH LEAVE TO AMEND THE DEMURRER OF DEFENDANT COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE TO THE COMPLAINT OF PLAINTIFF ELIZABETH SQUIERS, M.D.** by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2.306. The facsimile machine I used complied with Rule 2.306, and no error was reported by the machine. Pursuant to rule 2.306(g)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

Lawrence Mann, Esq.
Bourhis & Mann
1050 Battery Street
San Francisco, CA 94111
*Fax No. 415 421-0259*

John C. Ferry, Esq.
Kelly, Herlihy & Klein
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
*Fax No. 415 391-7808*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 28, 2007, at San Francisco, California.

| | |
|---|---|
| _____ | _____ |
| Staci Caston | |
| Declarant | Signature |

40176665.wpd

# EXHIBIT "C"

# Legal Notices

**Please read the following terms and conditions carefully before using this web site or any of our other web sites.** You should review these terms and conditions regularly as they may change at any time at our sole discretion. The following terms and conditions apply to all of our web sites, including any web sites owned, operated or sponsored by any of our subsidiaries or affiliates but we may add to or supersede certain provisions of these terms and conditions with other provisions located in other parts of all of our web sites.

**1.     Liability**

UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR ANY DIRECT OR INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES THAT MAY ARISE FROM YOUR USE OF, OR INABILITY TO USE, THIS WEB SITE. Some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages. In such jurisdictions, our liability is limited to the greatest extent permitted by law.

THIS WEB SITE CONTENT IS PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**2.     We Do Not Have Responsibility for Links to Third Party Content**

LINKS TO THIRD PARTY WEB SITES ARE PROVIDED FOR YOUR CONVENIENCE AND INFORMATION ONLY. THE CONTENT IN ANY LINKED WEB SITES IS NOT UNDER OUR CONTROL AND WE ARE NOT RESPONSIBLE FOR IT.

We reserve the right to terminate a link to a third party web site at any time. The fact that we provide a link to a third party web site does not necessarily mean that we endorse, authorize or sponsor that web site, nor that we are affiliated with the third party web site's owners or sponsors. If you wish to link to any MetLife site, please contact our webmaster. If you are a MetLife group customer and wish to link your web site to this site, please contact your MetLife representatives for instructions.

**3.     Privacy/Treatment of Information or Data Transmitted to Us**

Personal information transmitted to us will be treated in accordance with our <u>Privacy Policy</u>.



FEEDBACK

**4.     Proprietary Rights & Restricted Use**

This web site's content is copyrighted and protected by U.S. and worldwide copyright laws and treaty provisions. In addition, this web site's content is protected by trademark laws, the laws of privacy and publicity, and communication regulations and statutes. You are not authorized to post on or transmit to or from this web site any unlawful, threatening, libelous, defamatory, obscene, scandalous, inflammatory, pornographic, or profane material, or any other content that could give rise to any civil or criminal liability under the law.

You may print a copy of the information contained herein for your personal use only, but you may not reproduce or distribute the text or graphics to others or substantially copy the information on your own server, or link to this web site, without the prior written permission of MetLife. You may request permission by sending a request by e-mail to <u>webmaster@metlife.com</u>.

**5.     By Providing Content, We Do Not Allow You to Use Trademarks Referenced in This Web Site**

Metropolitan Life Insurance Company is the copyright owner of all text contained on this web site. United Feature Syndicate, Inc. is the copyright owner of all PEANUTS® characters and graphics contained on this web site. METLIFE®, METLIFE ONLINE®, LIFE ADVICE®, have you met life today?® and other trademarks and service marks of Metropolitan Life Insurance Company, or its subsidiaries or affiliates that may be referred to on this web site are the property of Metropolitan Life Insurance Company or one of its subsidiaries or affiliates. Other parties' trademarks and services marks that may be referred to are the property of their respective owners. Nothing on this web site should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any trademark without our written permission. The name of MetLife, Inc., Metropolitan Life Insurance Company, MetLife or our logo may not be used in any way, including in advertising or publicity pertaining to distribution of materials on this web site, without prior written permission. You are not authorized to use our logo as a hyperlink to this web site unless you obtain our written permission in advance.

**6.     We Are Not Providing Investment Advice Nor Soliciting Offers**

Nothing in this web site constitutes investment advice, including our filings with the U.S. Securities and Exchange Commissions (SEC). In addition, our investor relations materials and our other web

site content are not offers to sell or solicitations of any offer to buy any security or any insurance product. No security offered by MetLife, Inc., its subsidiaries or affiliates is offered or will be sold in any jurisdiction in which such offer or solicitation, purchase or sale would be unlawful under the securities law or other laws of such jurisdiction. No such security is offered or will be sold in any jurisdiction by an entity which is not properly licensed to do so in such jurisdiction. In addition, any prospectus information available on this web site is posted for informational purposes only.

When available, our annual reports, 10-K and 10-Q reports and other materials will be accessible through this web site. Other materials we have filed with the SEC may be obtained by accessing http://www.freeedgar.com, by accessing the SEC's web site at http://www.sec.gov, by visiting the SEC at its Washington, D.C. or various regional offices or by hiring a document retrieval service to obtain the filings for you.

## 7.   You Should Not Rely on the Stock Price Information on This Web Site

We do not generate the information regarding MetLife, Inc. stock prices for this web site. We believe that the information on the Investor Relations home page is accurate, but we cannot guarantee or warrant the accuracy, completeness, or timeliness of the information. You should not rely on the stock price information for investment purposes. We are not liable for any loss or damages, whether direct, indirect, incidental, special, consequential, or exemplary, that may arise from reliance on the stock price information on the Investor Relations portion of this web site.

## 8.   Investors Should Not Unduly Rely on Any Forward-Looking Information

This web site contains information that includes or is based upon forward-looking statements within the meaning of the federal securities laws, specifically the Private Securities Litigation Reform Act of 1995. Forward-looking statements give our expectations or forecasts of future events. You can identify these statements by the fact that they do not relate strictly to historical or current facts. They typically use words such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe," and other similar words. Any or all of the forward-looking statements here or in other publications may turn out to be wrong.

Forward-looking statements can be affected by inaccurate assumptions or by known or unknown risks and uncertainties. Many such factors will be important in determining our actual future results. Consequently, there can be no assurance that the results described in such forward-looking statement will be realized. The risks and uncertainties that may cause actual results to differ materially from those expressed in such forward-looking statements include, but not limited to, the following: (i) changes in general economic conditions, including the performance of financial markets and interest rates; (ii) heightened competition, including with respect to pricing, entry of new competitors and the development of new products by new and existing competitors; (iii) unanticipated changes in industry trends; (iv) MetLife, Inc.'s primary reliance, as a holding company, on dividends from its subsidiaries to meet debt payment obligations and the applicable regulatory restrictions on the ability of the subsidiaries to pay such dividends; (v)deterioration in the experience of the "closed block" established in connection with the reorganization of Metropolitan Life Insurance Company; (vi) catastrophe losses; (vii) adverse litigation or arbitration results; (viii) regulatory, accounting or tax changes that may affect the cost of, or demand for, the company's products or services; (ix) downgrades in the company's and its affiliates' claims paying ability, financial strength ratings or debt ratings; (x) changes in rating agency policies or practices; (xi) discrepancies between actual claims experience and assumptions used in setting prices for the company's products and establishing the liabilities for the company's obligations for future policy benefits and claims; (xii) discrepancies between actual experience and assumptions used in establishing liabilities related to other contingencies or obligations; (xiii) the effects of business disruption or economic contraction due to terrorism or other hostilities; and (xiv) other risks and uncertainties described from time to time in MetLife, Inc.'s filings with the Securities and Exchange Commission, including its S-1 and S-3 registration statements. The company specifically disclaims any obligation to update or revise any forward-looking statement, whether as a result of new information, future developments or otherwise.

Given these uncertainties, you should not place undue reliance on these forward-looking statements. You should see our SEC filings for more information on these and other factors that could cause our actual results to differ materially from those indicated by such forward-looking statements.

## 9.   All Products, Programs and Services May Not be Available in Your Area

This web site is controlled by us from our offices within the United States of America. Except as specifically stated, we make no representation that content or materials in this web site are appropriate or available for use in other jurisdictions. Access to this web site content or materials from jurisdictions where such access is illegal is prohibited. If you choose to access this web site from other jurisdictions, you do so at your own risk. You are always responsible for your compliance with applicable laws. You may not use or export the materials in this web site in violation of U.S. export laws and regulations. **The laws of the State of New York will govern the content and materials contained in this web site, without giving effect to any principles of conflicts of laws.**

MetLife and its affiliates and subsidiaries are not authorized to do business in every jurisdiction. Information that MetLife publishes on this web site may contain references or cross-references to products, programs or services of MetLife, Inc., its subsidiaries or affiliates that are not available in

your state or country. The products referred to on this web site may be offered and sold only to persons in the United States and its controlled jurisdictions. Annuities are offered by MetLife Securities, Inc. and variable life insurance products by Metropolitan Life Insurance Company. Consult your local MetLife Financial Services Representative for information regarding the products, programs and services which may be available to you.

Metropolitan Life Insurance Company, NAIC Company Code Number 65978, is licensed to do business in all fifty states, the District of Columbia, Puerto Rico, and the Virgin Islands. Metropolitan Life Insurance Company is a domiciliary of, and has its principal place of business in, the State of New York.

**10.    Auto and home insurance will be placed in one of the following affiliate companies based on state laws and regulations and underwriting guidelines:** Metropolitan Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company (all of Warwick, RI), Metropolitan Lloyds Insurance Company of Texas (Irving, Tx), Economy Fire & Casualty Company, Economy Preferred Insurance Company, Economy Premier Assurance Company (all of Freeport, IL), Liberty County Mutual Insurance Company (Irving, Tx). MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its affiliates, Warwick, RI.

Privacy Policy      Legal Notices

Copyright 2003-07 Metropolitan Life. Insurance Company NY, NY - All Rights Reserved - E00014KVV MLIC-LD
PEANUTS Copyright United Feature Syndicate, Inc.

# California Business Portal

**Secretary of State** DEBRA BOWEN

---

**DISCLAIMER:** The information displayed here is current as of OCT 26, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

---

## Corporation

METROPOLITAN LIFE INSURANCE COMPANY

**Number:** C0034217 | **Date Filed:** 11/2/1901 | **Status:** active

**Jurisdiction:** NEW YORK

## Address

ONE METLIFE PL 27-01 QUEENS PLAZA N

LONG ISLAND CITY, NY 11101

## Agent for Service of Process

C T CORPORATION SYSTEM

818 WEST SEVENTH ST

LOS ANGELES, CA 90017

---

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**MetLife**

Contact Us | Forms Library | Careers | Global Locations | Site Map

SIGN IN ▶    SEARCH: [      ] GO

Home | Individuals | Employers | Brokers & Consultants | Life Advice | Retirement | About Us

**Media Relations**

MetLife Home > About Us > Corporate Governance > Corporate Conduct >

**Investor Relations**

# Corporate Communications

 print screen

**Corporate Governance**

    Board of Directors

    Executive Officers

    Corporate Governance Guidelines

    Director Qualifications & Independence

    Board Committee Memberships

    Board Committee Charters

    Codes of Conduct

    Corporate Conduct

        Audit Committee Communications

        Non-Management Director Communications

        Corporate Communications

        E-Mail Communications

**Ethics & Integrity**

**Careers**

**Diversity**

**Corporate Citizenship**

**Global Procurement**

**Global Locations**

**Our Affiliates**

**Multicultural Programs**

**MetLife History**

**MetLife Insurance Ratings**

**Compliance & Fraud Hotline**

Any employee, customer, shareholder or other interested parties may communicate known or suspected concerns regarding accounting, internal accounting controls or audit matters, or fraud and unethical behaviors to MetLife by writing to:

MetLife, Inc.
c/o Corporate Secretary
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101

Interested parties may also contact the Company on such matters by calling the MetLife Compliance & Fraud Hotline at 1-800-462-6565. All communications, whether in writing or when contacting the Compliance & Fraud Hotline, will be treated confidentially. Interested parties can remain anonymous when communicating their concerns.

 FEEDBACK

# METROPOLITAN LIFE INSURANCE COMPANY
## 18210 CRANE NEST DRIVE
## TAMPA, FL 33647
## 800-638-5433

### Agent for Service of Process
JERE KEPRIOS, C/O CT CORPORATION SYSTEM 818 WEST SEVENTH STREET, 2ND FLOOR LOS ANGELES, CA 90017

Unable to Locate the Agent for Service of Process?

### Reference Information

| | |
|---|---|
| NAIC #: | 65978 |
| NAIC Group #: | 0241 |
| California Company ID #: | 0118-0 |
| Date authorized in California: | August 01, 1908 |
| License Status: | UNLIMITED-NORMAL |
| Company Type: | LIFE/DISABILITY |
| State of Domicile: | NEW YORK |

### Lines of Insurance Authorized to Transact

The company is authorized to transact business within these lines of insurance. For an explanation of any of these terms, please refer to the glossary.

DISABILITY

LIFE

## Company Complaint Information

Company Enforcement Action Documents

Company Performance & Comparison Data

Composite Complaint Studies

## Want More?

Help Me Find a Company Representative in My Area

Financial Rating Organizations

# CompanyList

For more information on any company, click the Company Name "Info" link. To view all companies in the same group, click the NAIC group number.

| Company Name | State of Domicile | NAIC Number | NAIC Group Number | Name Type |
|---|---|---|---|---|
| ECONOMY FIRE & CASUALTY COMPANY (Info) | IL | 22926 | 0241 | Legal Name |
| ECONOMY FIRE AND CASUALTY COMPANY (Info) | IL | 22926 | 0241 | Old Name |
| FIRST GENERAL INSURANCE COMPANY DBA METLIFE CALIFORNIA PROPERTY AND CASUALTY INSURANCE COMPANY (Info) | RI | 25321 | 0241 | Old Name |
| GENERAL AMERICAN LIFE INSURANCE COMPANY (Info) | MO | 63665 | 0241 | Legal Name |
| METLIFE INSURANCE COMPANY OF CONNECTICUT (Info) | CT | 87726 | 0241 | Legal Name |
| METLIFE INVESTORS INSURANCE COMPANY (Info) | MO | 93513 | 0241 | Legal Name |
| METLIFE INVESTORS USA INSURANCE COMPANY (Info) | DE | 61050 | 0241 | Legal Name |
| METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT (Info) | CT | 80950 | 0241 | Legal Name |
| METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY (Info) | RI | 25321 | 0241 | Legal Name |
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY (Info) | RI | 34339 | 0241 | Legal Name |
| METROPOLITAN LIFE INSURANCE COMPANY (Info) | NY | 65978 | 0241 | Legal Name |
| METROPOLITAN REINSURANCE COMPANY (Info) | RI | 34339 | 0241 | Old Name |
| METROPOLITAN TOWER LIFE INSURANCE COMPANY (Info) | DE | 97136 | 0241 | Legal Name |
| NEW ENGLAND LIFE INSURANCE COMPANY (Info) | MA | 91626 | 0241 | Legal Name |
| NEW ENGLAND PENSION AND ANNUITY COMPANY (Info) | MA | 91626 | 0241 | Old Name |
| NEW ENGLAND VARIABLE LIFE INSURANCE COMPANY (Info) | MA | 91626 | 0241 | Old Name |
| RGA REINSURANCE COMPANY (Info) | MO | 93572 | 0241 | Legal Name |
| SAINT LOUIS REINSURANCE COMPANY (Info) | MO | 93572 | 0241 | Old Name |

| | | | | |
|---|---|---|---|---|
| SECURITY FIRST LIFE INSURANCE COMPANY (Info) | DE | 61050 | 0241 | Old Name |
| SOUTHERN GENERAL INSURANCE COMPANY (Info) | RI | 25321 | 0241 | Old Name |
| TEXAS LIFE INSURANCE COMPANY (Info) | TX | 69396 | 0241 | Legal Name |
| TRAVELERS INSURANCE COMPANY (ACCIDENT DEPT) (Info) | CT | 39357 | 0241 | Legal Name |
| TRAVELERS INSURANCE COMPANY (THE) (Info) | CT | 87726 | 0241 | Old Name |
| TRAVELERS LIFE AND ANNUITY COMPANY (THE) (Info) | CT | 80950 | 0241 | Old Name |

Records 1 to 24

New Search

Last Revised - September 11, 2007 12:43 PM
Copyright © California Department of Insurance