THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and METLIFE INSURANCE COMPANY
(successor in interest by merger to
NEW ENGLAND MUTUAL
LIFE INSURANCE COMPANY)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA L. BLAKE<br><br>    Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION;<br>UNUM CORPORATION, NEW ENGLAND<br>MUTUAL LIFE INSURANCE COMPANY,<br>COMMISSIONER OF THE CALIFORNIA<br>DEPARTMENT OF INSURANCE, and DOES<br>1 through 20 inclusive,<br><br>    Defendants. | Case No.: C07-4366 MHP<br><br>**[PROPOSED] ORDER DENYING<br>PLAINTIFF'S MOTION TO REMAND**<br><br>Date:   November 19, 2007<br>Time:   2:00 p.m.<br>Courtroom: 15<br><br>Accompanying Papers:<br>  1. Declaration of Susan Roth<br>  2. Declaration of Michelle Backus<br>  3. Request for Judicial Notice<br>  4. Points and Authorities |

1      Plaintiff's motion to remand came on regularly for hearing. Appearances of counsel are as reflected in the minutes of the Court.

    Defendants have established that the named defendant, the Commissioner of the California Department of Insurance, is a sham defendant because the fifth cause of action for writ of mandamus is not viable as a matter of law, the Plaintiff does not have standing to pursue the remedy she seeks against the Commissioner, and the statute of limitations has long since run on a claim arising out of the issuance of her insurance policy. Defendants having satisfied all other grounds for removal,

    IT IS HEREBY ORDERED THAT:

    Plaintiff's motion to remand is denied.

DATED: November __ , 2007

    _____
    UNITED STATES DISTRICT JUDGE

E:\27198\P10.doc