1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660
5  Fax: (415) 421-0259

6
   Attorneys for Plaintiff CLAUDIA BLAKE
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CLAUDIA BLAKE,                          ) Case No.: C 07-4366 MHP (E-FILING)
                                           )
12         Plaintiff,                      )
                                           ) DECLARATION OF MARY M. MARTIN IN
13 v.                                      ) SUPPORT OF PLAINTIFF CLAUDIA
                                           ) BLAKE'S MOTION FOR REMAND BACK
14 UNUMPROVIDENT CORPORATION;              ) TO STATE COURT
   UNUM CORPORATION, NEW ENGLAND           )
15 LIFE MUTUAL LIFE INSURANCE              ) DATE :  Monday, November 19, 2007
   COMPANY, THE COMMISSIONER OF            ) TIME :  2:00 P.M.
16 THE CALIFORNIA DEPARTMENT OF            ) PLACE:  Courtroom 15
17 INSURANCE and DOES 1 – 20, inclusive,   )
                                           ) [Filed concurrently with Plaintiff's Reply in
18         Defendants.                     ) Support of Motion for Remand; Declarations
                                           ) in Support Thereof]
19                                         )
                                           )
20                                         ) TRIAL DATE: NONE SET
                                           )
21 _____)

22
           I, Mary M. Martin, hereby declare:
23
           1.      I am employed as a legal secretary at Bourhis & Mann. I have personal
24
   knowledge of the facts stated herein and, if called to testify I could and would so testify.
25
           2.      The Order granting Plaintiff Alan Sukin's motion to remand which is attached
26
   hereto as Exhibit "A" to the Declaration of Bennett M. Cohen, Esq., is a true and correct copy of
27

28
                                              1
                        Case No.: C 07-4366 MHP (E-FILING)
            DECLARATION OF MARY M. MARTIN IN SUPPORT OF PLAINTIFF CLAUDIA BLAKE'S
                        MOTION FOR REMAND BACK TO STATE COURT

1  the Order received by e-file at Bourhis & Mann from the U.S. District Court and which I
2  personally opened.
3      I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th
4  day of November, 2007, at San Francisco, California.

                                            _____
                                            MARY M. MARTIN

**PROOF OF SERVICE**
*Claudia Blake v. Unumprovident Corporation, et al.*

*U.S. District Court, Northern District of California, Case No. C07-4366 MHP*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On November 5, 2007, I will serve the following documents:

DECLARATION OF MARY M. MARTIN IN SUPPORT OF PLAINTIFF CLAUDIA BLAKE'S REPLY BRIEF IN SUPPORT OF MOTION FOR REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY**
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA 94104-4798
Phone: (415) 951-0535
Fax:     (415) 391-7808
Email: jferry@kelher.com
Email: herlihy@kelher.com


**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 5, 2007.

_____
Mary M. Martin