1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660; Fax: (415) 421-0259
5
6  Attorneys for Plaintiff CLAUDIA BLAKE

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CLAUDIA BLAKE,                        ) Case No.: C 07-4366 MHP **(E-FILING)**
                                         )
12          Plaintiff,                   ) PLAINTIFF CLAUDIA BLAKE'S
13                                       ) REQUEST FOR JUDICIAL NOTICE IN
        v.                               ) SUPPORT OF REPLY BRIEF RE
14                                       ) MOTION FOR REMAND BACK TOS
   UNUMPROVIDENT CORPORATION, UNUM       ) TATE COURT AND REQUESTS FOR
15 CORPORATION, NEW ENGLAND MUTUAL       ) COSTS AND FEES (28 U.S.C. §§1332 and
16 LIFE INSURANCE COMPANY, THE           ) 1447(c))
   COMMISSIONER OF THE CALIFORNIA        )
17 DEPARTMENT OF INSURANCE and DOES 1    ) [Filed concurrently with Plaintiff's Reply in
   through 20, inclusive                 ) Support of Report and Declarations]
18                                       )
19          Defendants.                  ) DATE: Monday, November 19, 2007
                                         ) TIME:  2:00 P.M.
20                                       ) DEPT:  Courtroom 15
21                                       ) TRIAL DATE: Not Yet Set
                                         )
22 _____)

23
        Pursuant to Federal Rule of Evidence 201, Plaintiff respectfully requests that the Court take
24
   judicial notice of the Order granting remand issued by the Honorable Vaughn Walker in *Sukin v.*
25
   *State Farm Mutual Insurance* Company, Case No. CV07-02829 VRW. (Please see Declarations of
26
   Bennett M. Cohen, Esq. and Mary M. Martin relative to the receipt of this Order from the U.S.
27
28                                          1
   _____
                        Case No. C-7-461992
   PLAINTIFF CLAUDIA BLAKE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE
   MOTION FOR REMAND BACK TOS TATE COURT AND REQUESTS FOR COSTS AND FEES (28 U.S.C.
                             §§1332 and 1447(c))

1  District Court.)

2  Dated: November 5, 2007                    **BOURHIS & MANN**

3

4                                              By: /s/ Bennett M. Cohen
                                                   Ray Bourhis, Esq.
5                                                  Lawrence Mann, Esq.
                                                   Bennett M. Cohen, Esq.
6                                              Attorneys for Plaintiff CLAUDIA BLAKE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
*Claudia Blake v. Unumprovident Corporation, et al.*

*U.S. District Court, Northern District of California, Case No. C07-4366 MHP*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On November 5, 2007, I will serve the following documents:

PLAINTIFF CLAUDIA BLAKE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE MOTION FOR REMAND BACK TOS TATE COURT AND REQUESTS FOR COSTS AND FEES (28 U.S.C. §§1332 and 1447(c))

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY**
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA 94104-4798
Phone: (415) 951-0535
Fax:    (415) 391-7808
Email: jferry@kelher.com
Email: herlihy@kelher.com

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 5, 2007.

_____
Mary M. Martin

3

Case No. C-7-461992
PLAINTIFF CLAUDIA BLAKE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE MOTION FOR REMAND BACK TOS TATE COURT AND REQUESTS FOR COSTS AND FEES (28 U.S.C. §§1332 and 1447(c))