United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA L BLAKE, | No. C 07-04366 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |
| v. | |
| UNUMPROVIDENT CORPORATION, | |
| Defendant(s). | |

Plaintiff, having moved this Court for a hearing on November 19, 2007, the parties are hereby notified that the motion for remand will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: November 16, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140