Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq., SBN 83698
Bennett M. Cohen, Esq. SBN 98065
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff CLAUDIA BLAKE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA L. BLAKE, | Case No.: C-07-04366 MHP (E-FILING) |
| Plaintiff, | ALL PARTIES' JOINT CASE MANAGEMENT STATEMENT |
| v. | DATE : November 26, 2007<br>TIME : 4:00 P.M.<br>PLACE : Courtroom 3, 17th Floor<br>Judge: Honorable Marilyn Hall Patel |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION; NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY;THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 20, inclusive, | TRIAL DATE: NONE SET |
| Defendants. | |

All parties to this action respectfully submit this Joint Case Management Statement pursuant to Clerk's Notice of October 2, 2007.

1. Jurisdiction and Service

This Court's basis for subject matter jurisdiction is diversity between the parties. This basis is disputed pending the Court's ruling on Plaintiff's Motion to Remand which is under submission. All parties have been served but the Commissioner has not yet filed an appearance.

2. Facts

Plaintiff claims that she is disabled and entitled to benefits under the policy originally issued by New England Mutual. The insurance defendants deny that she is entitled to benefits under the terms and conditions of the policy.

Plaintiff further claims that the Commissioner has not enforced the laws and regulations as they apply to the insurance defendants. Plaintiff has informed the Commissioner that the Commissioner must answer Plaintiff's complaint within 10 days of notice of this Court's ruling on Plaintiff's motion to remand.

3. Legal Issues

Whether plaintiff is disabled within the meaning of California law and the disability insurance policy issued to her and whether insurance defendants have committed the tortious conduct further alleged in the Complaint.

4. Motions

Motion for Remand under submission.

The insurance defendants anticipate filing a motion for summary judgment.

5. Amendment of Pleadings

None anticipated.

6. Evidence Preservation

The parties have and will maintain all documents related to Plaintiff's claim, including all documents maintained electronically.

7. Disclosures

The parties will make their Rule 26 Initial Disclosures by January 15, 2008.

8. Discovery

No discovery has been conducted to date. The parties do not anticipate any unusual problems with discovery or any need to modify the discovery rules. The parties anticipate that written discovery will be completed by August 1, 2008 and that depositions will be completed by October 31, 2008.

///

9. Class Actions

   Not applicable.

10. Related Case

    Not applicable.

11. Relief

    Plaintiff seeks general damages in a sum to be determined at trial, punitive damages, costs of suit, reasonable attorney fees, special damages as the Court deems proper and an order finding that the Commissioner has abused his discretion and revoking the pertinent policy provisions and/or an order mandating that the Commissioner take such action as he may decide is reasonably necessary to respond to conduct on the part of insurance defendants which Plaintiff alleges to be unlawful and fraudulent.

12. Settlement and ADR

    The parties are willing to engage in ADR but have not agreed on a mechanism. Plaintiff proposes private mediation and the insurance defendants recommend participation in the Court's ENE program.

13. Consent to Magistrate Judge for all Purposes

    Defendants and Plaintiff have not consented to adjudicate this action before a magistrate judge; hence this matter is now before the Honorable Marilyn Hall Patel.

14. Other References

    Not applicable.

15. Narrowing of Issues

    Summary judgment is the best mechanism to narrow issues. It is premature for the parties to discuss stipulations. The parties presently do not recommend any bifurcation of issues.

16. Expedited Schedule

    Not applicable.

17. Scheduling

    Expert Designations: September 1, 2008

1     Discovery Cut-off:    October 31, 2008

2     Dispositive Motion Hearing: November 30, 2008

3     Pretrial Conference: March 1, 2009

4     Trial:    April 18, 2009

18. <u>Trial</u>

Plaintiff has requested a trial by jury. Estimated length of time is 7-10 days.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>

Plaintiff certifies that other than the named parties and any parties which are being named by the insurance defendants, Plaintiff is unaware of any other parties that might have a direct, pecuniary interest in the outcome of this case.

Unum Group (formerly known as UnumProvident Corporation), Unum Corporation (a now non-existent entity that on June 30, 1999 merged with an into Provident Companies, Inc., which company amended its charter on June 30, 1999 to change its name to UnumProvident Corporation, properly referred to as Unum Group) and MetLife Insurance Company (successor in interest by merger to New England Mutual Life Insurance Company), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    Unum Group

    UnumProvident Corporation

    MetLife Insurance Company

    New England Mutual Life Insurance Company

Dated: November 16, 2007     **BOURHIS & MANN**

    By /s/ Bennett M. Cohen
    Ray Bourhis, Esq.
    Lawrence Mann, Esq.
    Bennett M. Cohen, Esq.
    Attorneys for Plaintiff CLAUDIA L. BLAKE

1  Dated: November 16, 2007                    KELLY, HERLIHY & KLEIN

                                               By: _____
                                                   John C. Ferry
                                               Attorneys for Defendants
                           UNUM GROUP (Formerly known as UNUMPROVIDENT CORPORATION),
                           UNUM CORPORATION (a now non-existent entity, properly referred to as
                           Unum Group)   and METLIFE INSURANCE COMPANY (successor in interest by
                           merger to NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY

**PROOF OF SERVICE**
*Claudia L. Blake v. Unumprovident Corporation, et al.*
*U.S. District Court, Northern District of California, Case No. C07-04366 MHP*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On November 16, 2007, I will serve the following documents:

ALL PARTIES' JOINT CASE MANAGEMENT STATEMENT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**UNUMPROVIDENT CORPORATION, etc.**
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA  94104-4798
Phone: (415) 951-0535
Fax:    (415) 391-7808
Email: jferry@kelher.com
Email: herlihy@kelher.com

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 16, 2007.

_____
Mary M. Martin