**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 9, 2008

Superior Court of the State of California
for the City and County of San Francisco
400 McAllister Street
San Francisco, CA 94102

RE: CV 07-04366 MHP    CLAUDIA L BLAKE-v-UNUMROVIDENT CORPORATION
      Your Case Number: (CGC-07-465297)

Dear Clerk,

　　　　Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

　　　　　　(X)　　Certified copies of docket entries

　　　　　　(X)　　Certified copies of Remand Order

　　　　　　( )　　Other

　　　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　*Gina Agustine* (signature)

　　　　　　　　　　　by: Gina Agustine-Rivas
　　　　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg