```
 1   THOMAS M. HERLIHY (SBN 83615)
     JOHN C. FERRY (SBN 104411)
 2   KELLY, HERLIHY & KLEIN LLP
     44 Montgomery Street, Suite 2500
 3   San Francisco, CA 94104-4798
     Tel.: (415) 951-0535
 4   Fax: (415) 391-7808
 5   Email: herlihy@kelher.com
            jferry@kelher.com
 6
 7   Attorneys for Defendants
     UNUM GROUP (formerly known as
 8   UNUMPROVIDENT CORPORATION),
     UNUM CORPORATION (a now non-existent
 9   entity, properly referred to as Unum Group)
     and METLIFE INSURANCE COMPANY
10   (successor in interest by merger to
     NEW ENGLAND MUTUAL
11   LIFE INSURANCE COMPANY)
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA L. BLAKE, | Case No.: C07-4366 MHP |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 20 inclusive, | |
| Defendants. | |

1    TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2    HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3    PLEASE TAKE NOTICE that defendants Unum Group and Metlife Insurance Company
4    hereby substitutes counsel as follows:

6    1.   Former legal representative:
7         Kelly, Herlihy & Klein, LLP

9    2.   **New legal representative**:
10        Thomas M. Herlihy, Esq. (SBN 83615)
11        John C. Ferry, Esq. (SBN 104411)
          Wilson, Elser, Moskowitz, Edelman & Dicker
12        525 Market Street, 17th Floor
          San Francisco, CA 94105-2725
13        Tel: (415) 433-0990
14        Fax: (415) 434-1370

15   3.   The party making this substitution are defendants, Unum Group and Metlife Insurance
16   Company

18   4.   I consent to this substitution.

20   Dated: March 31, 2008    STEPHEN J. PRUNIER
21                            (Print Name)              (Signature of party)
                                                        Assistant Vice President

23   5.   I consent to this substitution.

25   Dated: April 7, 2008     Thomas M. Herlihy
                              (Print Name)              (Signature of former attorney)

6. I am duly admitted to practice in this District and accept this substitution.

Dated: ~~March~~ April 4, 2008    Thomas M. Hauser      /s/ signature
                                    (Print Name)              (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008        _____
                                    UNITED STATES DISTRICT JUDGE

E:\27198\P11.doc

-2-

SUBSTITUTION OF ATTORNEY
CASE NO. C07-4366 MHP