1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jferry@kelher.com
6
7  Attorneys for Defendants
   UNUM GROUP (formerly known as
8  UNUMPROVIDENT CORPORATION),
   UNUM CORPORATION (a now non-existent
9  entity, properly referred to as Unum Group)
   and METLIFE INSURANCE COMPANY
10 (successor in interest by merger to
   NEW ENGLAND MUTUAL
11 LIFE INSURANCE COMPANY)
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 | CLAUDIA L. BLAKE              ) Case No.: C07-4366 MHP
16 |         Plaintiff,             )
                                    )
17 |    vs.                         ) **SUBSTITUTION OF ATTORNEY**
                                    )
18 | UNUMPROVIDENT CORPORATION;     )
19 | UNUM CORPORATION, NEW ENGLAND  )
     MUTUAL LIFE INSURANCE COMPANY, )
20 | COMMISSIONER OF THE CALIFORNIA )
     DEPARTMENT OF INSURANCE, and DOES )
21 | 1 through 20 inclusive,        )
                                    )
22 |         Defendants.            )
                                    )
23                                  )

24
25
26
27
28

                    SUBSTITUTION OF ATTORNEY
                                                    CASE NO. C07-4366 MHP

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that defendants Unum Group and Metlife Insurance Company
4  hereby substitutes counsel as follows:

6  1.    Former legal representative:
7        Kelly, Herlihy & Klein, LLP

9  2.    **New legal representative**:
10       Thomas M. Herlihy, Esq. (SBN 83615)
11       John C. Ferry, Esq. (SBN 104411)
         Wilson, Elser, Moskowitz, Edelman & Dicker
12       525 Market Street, 17th Floor
         San Francisco, CA 94105-2725
13       Tel: (415) 433-0990
14       Fax: (415) 434-1370

15
16  3.   The party making this substitution are defendants, Unum Group and Metlife Insurance
    Company
17

18
19  4.   I consent to this substitution.

20  Dated: March 31, 2008        STEPHEN J. PRUNIEN        _____
21                               (Print Name)              (Signature of party)
                                                           Assistant Vice President
22
23  5.   I consent to this substitution.

24
25  Dated: April 7, 2008          Thomas M. Herlihy        _____
                                   (Print Name)            (Signature of former attorney)
26
27
28

-1-

6.     I am duly admitted to practice in this District and accept this substitution.

Dated: ~~March~~ April 4, 2008    _____    _____
                                               (Print Name)                 (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: April 10, 2008

IT IS SO ORDERED

Judge Marilyn H. Patel

E:\27198\P11.doc